# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **LENDA LITTLEJOHN SANDERS,** )<br>)<br>**Plaintiff** )<br>)<br>v )<br>)<br>**TYCO ELECTRONICS CORPORATION,** )<br>)<br>**Defendant** ) | **CIVIL NO. 1:05cv 316** |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Theo W. Mitchell, to appear as counsel for the plaintiff in this matter. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Theo W. Mitchell is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

**Signed: October 20, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge